# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: WENC, DAVID | § | Case No. 09-48228 |
| MITCHELL, SHERRI | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

EUGENE CRANE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $44,725.00 <br> *(without deducting any secured claims)* | Assets Exempt:  $42,300.00 |
| Total Distribution to Claimants: $33,705.26 | Claims Discharged <br> Without Payment: $0.00 |
| Total Expenses of Administration:  $8,672.55 | |

3) Total gross receipts of $   55,702.72   (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $   13,324.91   (see **Exhibit 2** ), yielded net receipts of $42,377.81 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
|   CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 8,672.55 | 8,672.55 | 8,672.55 |
|   PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
|   PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 33,705.26 | 33,705.26 | 33,705.26 |
| **TOTAL DISBURSEMENTS** | $0.00 | $42,377.81 | $42,377.81 | $42,377.81 |

4)  This case was originally filed under Chapter 7 on December 21, 2009. The case was pending for 23 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  11/17/2011            By:  /s/EUGENE CRANE                        
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Probate estate proceeds | 1229-000 | 55,670.45 |
| Interest Income | 1270-000 | 32.27 |
| **TOTAL GROSS RECEIPTS** | | $55,702.72 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| WENC, DAVID | Dividend paid 100.00% on $13,324.91; Claim# SURPLUS; Filed: $13,324.91; Reference: | 8200-000 | 13,324.91 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $13,324.91 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| EUGENE CRANE | 2100-000 | N/A | 4,987.78 | 4,987.78 | 4,987.78 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 3,637.50 | 3,637.50 | 3,637.50 |

**UST Form 101-7-TDR (10/1/2010)**

| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 2.64 | 2.64 | 2.64 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 44.63 | 44.63 | 44.63 |
| The Bank of New York Mellon | 2600-000 | N/A | 87.68 | 87.68 | 87.68 |
| The Bank of New York Mellon | 2600-000 | N/A | -87.68 | -87.68 | -87.68 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 8,672.55 | 8,672.55 | 8,672.55 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 4,512.85 | 4,512.85 | 4,512.85 |
| 1I | Discover Bank | 7990-000 | N/A | 28.32 | 28.32 | 28.32 |
| 2 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 4,755.77 | 4,755.77 | 4,755.77 |
| 2I | PYOD LLC its successors and assigns as assignee of | 7990-000 | N/A | 29.84 | 29.84 | 29.84 |
| 3 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 1,207.48 | 1,207.48 | 1,207.48 |
| 3I | PYOD LLC its successors and assigns as assignee of | 7990-000 | N/A | 7.58 | 7.58 | 7.58 |
| 4 | Chase Bank USA, N.A. | 7100-000 | N/A | 1,019.69 | 1,019.69 | 1,019.69 |
| 4I | Chase Bank USA, N.A. | 7990-000 | N/A | 6.40 | 6.40 | 6.40 |
| 5 | Chase Bank USA, N.A. | 7100-000 | N/A | 1,718.05 | 1,718.05 | 1,718.05 |
| 5I | Chase Bank USA, N.A. | 7990-000 | N/A | 10.78 | 10.78 | 10.78 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 6 | Chase Bank USA, N.A. | 7100-000 | N/A | 3,126.85 | 3,126.85 | 3,126.85 |
| 6I | Chase Bank USA, N.A. | 7990-000 | N/A | 19.62 | 19.62 | 19.62 |
| 7 | Chase Bank USA, N.A. | 7100-000 | N/A | 8,365.03 | 8,365.03 | 8,365.03 |
| 7I | Chase Bank USA, N.A. | 7990-000 | N/A | 52.49 | 52.49 | 52.49 |
| 8 | CastleRock Security, Inc. | 7100-000 | N/A | 584.87 | 584.87 | 584.87 |
| 8I | CastleRock Security, Inc. | 7990-000 | N/A | 3.67 | 3.67 | 3.67 |
| 9 | GE Money Bank dba WALMART | 7100-000 | N/A | 1,156.77 | 1,156.77 | 1,156.77 |
| 9I | GE Money Bank dba WALMART | 7990-000 | N/A | 7.26 | 7.26 | 7.26 |
| 10 | Fia Card Services/B of A by American Infosource, its | 7100-000 | N/A | 7,047.72 | 7,047.72 | 7,047.72 |
| 10I | Fia Card Services/Bof A by American Infosource, its | 7990-000 | N/A | 44.22 | 44.22 | 44.22 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 33,705.26 | 33,705.26 | 33,705.26 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 09-48228 | **Trustee:** (330350) EUGENE CRANE |
| **Case Name:** WENC, DAVID | **Filed (f) or Converted (c):** 12/21/09 (f) |
| MITCHELL, SHERRI | **§341(a) Meeting Date:** 02/02/10 |
| **Period Ending:** 11/17/11 | **Claims Bar Date:** 06/01/10 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash on Hand | 50.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account with Chase | 100.00 | 0.00 | DA | 0.00 | FA |
| 3 | Savings Account with Chase Bank | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Security Deposit w/ Landlord - $1850 - No value<br>  Orig. Asset Memo: Security Deposit w/ Landlord -<br>$1850 - No value to the Debtor companies, landlords,<br>and; Orig. Description: Security Deposit w/ Landlord -<br>$1850 - No value to the Debtor companies, landlords,<br>and; Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 5 | Household goods<br>  Orig. Asset Memo: Household goods, including but<br>not limited to: TVs, chairs, tables, sofas, bedroom<br>furniture, some kitchen appliances.; Orig. Description:<br>Household goods, including but not limited to: TVs,<br>chairs, tables, sofas, bedroom furniture, some kitchen<br>appliances.; Imported from original petition Doc# 1 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Books, Pictures, and other art objects, antiques | 250.00 | 0.00 | DA | 0.00 | FA |
| 7 | Used Clothing | 250.00 | 0.00 | DA | 0.00 | FA |
| 8 | Misc Costume Jewelry | 75.00 | 0.00 | DA | 0.00 | FA |
| 9 | Term life insurance through Anamel<br>  Orig. Asset Memo: Term life insurance through<br>Anamel for Sherri's ex-husband - no cash value<br>itemize surrender or refund value of; Orig. Description:<br>Term life insurance through Anamel for Sherri's<br>ex-husband - no cash value itemize surrender or<br>refund value of; Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | Term life insurance through Northwestern Mutual<br>  Orig. Asset Memo: Term life insurance through<br>Northwestern Mutual Life for both each. debtors - no<br>cash value; Orig. Description: Term life insurance<br>through Northwestern Mutual Life for both each.<br>debtors - no cash value; Imported from original petition<br>Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 11 | Term life insurance through Primerica | 0.00 | 0.00 | DA | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Case Number: 09-48228

Case Name: WENC, DAVID
MITCHELL, SHERRI

Period Ending: 11/17/11

Trustee:    (330350)    EUGENE CRANE

Filed (f) or Converted (c): 12/21/09 (f)

§341(a) Meeting Date: 02/02/10

Claims Bar Date: 06/01/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Orig. Asset Memo: Term life insurance through Primerica for both debtors and 2 daughters - no cash value; Orig. Description: Term life insurance through Primerica for both debtors and 2 daughters - no cash value; Imported from original petition Doc# 1 |  |  |  |  |  |
| 12 | Term life thru work - no cash value | 0.00 | 0.00 | DA | 0.00 | FA |
| 13 | Term life thru work - no cash value | 0.00 | 0.00 | DA | 0.00 | FA |
| 14 | 401(k) with current employer - 100% Exempt | 29,000.00 | 0.00 | DA | 0.00 | FA |
| 15 | IRA<br>    Orig. Asset Memo: IRA Give particulars. Desc Main; Orig. Description: IRA Give particulars. Desc Main; Imported from original petition Doc# 1 | 2,000.00 | 2,000.00 | DA | 0.00 | FA |
| 16 | 1999 Nissan Altima | 4,000.00 | 225.00 | DA | 0.00 | FA |
| 17 | 2001 Chrysler Town & Country | 6,000.00 | 1,200.00 | DA | 0.00 | FA |
| 18 | Probate estate proceeds  (u)<br>    Proceeds from settlement on house from Elizabeth Family Trust (probate estate) | Unknown | Unknown |  | 55,670.45 | FA |
| Int | INTEREST  (u) | Unknown | N/A |  | 32.27 | FA |
| 19 | **Assets    Totals** (Excluding unknown values) | **$44,725.00** | **$3,425.00** |  | **$55,702.72** | **$0.00** |

**Major Activities Affecting Case Closing:**

07/11/2011: Trust investigated no further assets to liquidate, will file a TFR (dk).

**Initial Projected Date Of Final Report (TFR):**    February 28, 2011        **Current Projected Date Of Final Report (TFR):**    July 18, 2011  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-48228 |
| Case Name: | WENC, DAVID |
| | MITCHELL, SHERRI |
| Taxpayer ID #: | **-***3333 |
| Period Ending: | 11/17/11 |

| | |
|---|---|
| Trustee: | EUGENE CRANE (330350) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****89-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/26/10 | {18} | Elizabeth Wilson Family Trust DTD | Proceeds from settlement of house (probate) | 1229-000 | 55,670.45 | | 55,670.45 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.27 | | 55,672.72 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.37 | | 55,673.09 |
| 04/06/10 | | Wire out to BNYM account 9200******8965 | Wire out to BNYM account 9200******8965 | 9999-000 | -55,673.09 | | 0.00 |

| | | Receipts | Disbursements | Balance |
|---|---|---|---|---|
| | ACCOUNT TOTALS | 0.00 | 0.00 | $0.00 |
| | Less: Bank Transfers | -55,673.09 | 0.00 | |
| | Subtotal | 55,673.09 | 0.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $55,673.09 | $0.00 | |

{} Asset reference(s)

Printed: 11/17/2011 04:39 PM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-48228 | | Trustee: | EUGENE CRANE (330350) |
|---|---|---|---|---|
| Case Name: | WENC, DAVID | | Bank Name: | The Bank of New York Mellon |
| | MITCHELL, SHERRI | | Account: | 9200-******89-65 - Money Market Account |
| Taxpayer ID #: | **-***3333 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/17/11 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account *******8965 | Wire in from JPMorgan Chase Bank, N.A. account *******8965 | 9999-000 | 55,673.09 | | 55,673.09 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.66 | | 55,675.75 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.31 | | 55,679.06 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.21 | | 55,682.27 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.31 | | 55,685.58 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.31 | | 55,688.89 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.37 | | 55,690.26 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.41 | | 55,691.67 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.37 | | 55,693.04 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.41 | | 55,694.45 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.41 | | 55,695.86 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.28 | | 55,697.14 |
| 02/28/11 | 11001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2010 FOR CASE #09-48228, ~ Blanket Bond #016026455 | 2300-000 | | ! 44.63 | 55,652.51 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.41 | | 55,653.92 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.37 | | 55,655.29 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.41 | | 55,656.70 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.45 | | 55,657.15 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.47 | | 55,657.62 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 87.68 | 55,569.94 |
| 08/08/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -87.68 | 55,657.62 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.47 | | 55,658.09 |
| 09/01/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.00 | | 55,658.09 |
| 09/01/11 | | To Account #9200******8966 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 55,658.09 | 0.00 |

| | | | | ACCOUNT TOTALS | 55,702.72 | 55,702.72 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | | Less: Bank Transfers | 55,673.09 | 55,658.09 | |
| | | | | **Subtotal** | **29.63** | **44.63** | |
| | | | | Less: Payments to Debtors | | 0.00 | |
| | | | | **NET Receipts / Disbursements** | **$29.63** | **$44.63** | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-48228 |
| Case Name: | WENC, DAVID |
| | MITCHELL, SHERRI |
| Taxpayer ID #: | **-***3333 |
| Period Ending: | 11/17/11 |

| | |
|---|---|
| Trustee: | EUGENE CRANE (330350) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******89-66 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/01/11 | | From Account #9200******8965 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 55,658.09 | | 55,658.09 |
| 09/01/11 | 101 | EUGENE CRANE | Dividend paid 100.00% on $4,987.78, Trustee Compensation;  Reference: | 2100-000 | | 4,987.78 | 50,670.31 |
| 09/01/11 | 102 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $3,637.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 3,637.50 | 47,032.81 |
| 09/01/11 | 103 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $2.64, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 2.64 | 47,030.17 |
| 09/01/11 | 104 | Discover Bank | Dividend paid 100.00% on $4,512.85; Claim# 1; Filed:$4,512.85; Reference: | 7100-000 | | 4,512.85 | 42,517.32 |
| 09/01/11 | 105 | PYOD LLC its successors and assigns as assignee of Citibank | Dividend paid 100.00% on $4,755.77; Claim# 2; Filed:$4,755.77; Reference: | 7100-000 | | 4,755.77 | 37,761.55 |
| 09/01/11 | 106 | PYOD LLC its successors and assigns as assignee of Citibank | Dividend paid 100.00% on $1,207.48; Claim# 3; Filed:$1,207.48; Reference: | 7100-000 | | 1,207.48 | 36,554.07 |
| 09/01/11 | 107 | Chase Bank USA, N.A. | Dividend paid 100.00% on $1,019.69; Claim# 4; Filed:$1,019.69; Reference: | 7100-000 | | 1,019.69 | 35,534.38 |
| 09/01/11 | 108 | Chase Bank USA, N.A. | Dividend paid 100.00% on $1,718.05; Claim# 5; Filed:$1,718.05; Reference: | 7100-000 | | 1,718.05 | 33,816.33 |
| 09/01/11 | 109 | Chase Bank USA, N.A. | Dividend paid 100.00% on $3,126.85; Claim# 6; Filed:$3,126.85; Reference: | 7100-000 | | 3,126.85 | 30,689.48 |
| 09/01/11 | 110 | Chase Bank USA, N.A. | Dividend paid 100.00% on $8,365.03; Claim# 7; Filed:$8,365.03; Reference: | 7100-000 | | 8,365.03 | 22,324.45 |
| 09/01/11 | 111 | CastleRock Security, Inc. | Dividend paid 100.00% on $584.87; Claim# 8; Filed:$584.87; Reference: | 7100-000 | | 584.87 | 21,739.58 |
| 09/01/11 | 112 | GE Money Bank dba WALMART | Dividend paid 100.00% on $1,156.77; Claim# 9; Filed:$1,156.77; Reference: | 7100-000 | | 1,156.77 | 20,582.81 |
| 09/01/11 | 113 | Fia Card Services/B of A by American Infosource, its agent | Dividend paid 100.00% on $7,047.72; Claim# 10; Filed:$7,047.72; Reference: | 7100-000 | | 7,047.72 | 13,535.09 |
| 09/01/11 | 114 | Discover Bank | Dividend paid 100.00% on $28.32; Claim# 1I; Filed:$28.32; Reference: | 7990-000 | | 28.32 | 13,506.77 |
| 09/01/11 | 115 | PYOD LLC its successors and assigns as assignee of Citibank | Dividend paid 100.00% on $29.84; Claim# 2I; Filed:$29.84; Reference: | 7990-000 | | 29.84 | 13,476.93 |
| 09/01/11 | 116 | PYOD LLC its successors and assigns as assignee of Citibank | Dividend paid 100.00% on $7.58; Claim# 3I; Filed:$7.58; Reference: | 7990-000 | | 7.58 | 13,469.35 |
| 09/01/11 | 117 | Chase Bank USA, N.A. | Dividend paid 100.00% on $6.40; Claim# 4I; Filed:$6.40; Reference: | 7990-000 | | 6.40 | 13,462.95 |
| 09/01/11 | 118 | Chase Bank USA, N.A. | Dividend paid 100.00% on $10.78; Claim# 5I; Filed:$10.78; Reference: | 7990-000 | | 10.78 | 13,452.17 |
| 09/01/11 | 119 | Chase Bank USA, N.A. | Dividend paid 100.00% on $19.62; Claim# 6I; | 7990-000 | | 19.62 | 13,432.55 |
| | | | Subtotals : | | $55,658.09 | $42,225.54 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 09-48228 | | Trustee: | EUGENE CRANE (330350) |
| Case Name: | WENC, DAVID | | Bank Name: | The Bank of New York Mellon |
| | MITCHELL, SHERRI | | Account: | 9200-******89-66 - Checking Account |
| Taxpayer ID #: | **-***3333 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 11/17/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $19.62; Reference: | | | | |
| 09/01/11 | 120 | Chase Bank USA, N.A. | Dividend paid 100.00% on $52.49; Claim# 7I; Filed: $52.49; Reference: | 7990-000 | | 52.49 | 13,380.06 |
| 09/01/11 | 121 | CastleRock Security, Inc. | Dividend paid 100.00% on $3.67; Claim# 8I; Filed: $3.67; Reference: | 7990-000 | | 3.67 | 13,376.39 |
| 09/01/11 | 122 | GE Money Bank dba WALMART | Dividend paid 100.00% on $7.26; Claim# 9I; Filed: $7.26; Reference: | 7990-000 | | 7.26 | 13,369.13 |
| 09/01/11 | 123 | Fia Card Services/BofA by American Infosource, its agent | Dividend paid 100.00% on $44.22; Claim# 10I; Filed: $44.22; Reference: | 7990-000 | | 44.22 | 13,324.91 |
| 09/01/11 | 124 | WENC, DAVID | Dividend paid 100.00% on $13,324.91; Claim# SURPLUS; Filed: $13,324.91; Reference: | 8200-000 | | 13,324.91 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 55,658.09 | 55,658.09 | $0.00 |
| Less: Bank Transfers | 55,658.09 | 0.00 | |
| Subtotal | 0.00 | 55,658.09 | |
| Less: Payments to Debtors | | 13,324.91 | |
| NET Receipts / Disbursements | $0.00 | $42,333.18 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****89-65 | 55,673.09 | 0.00 | 0.00 |
| MMA # 9200-******89-65 | 29.63 | 44.63 | 0.00 |
| Checking # 9200-******89-66 | 0.00 | 42,333.18 | 0.00 |
| | $55,702.72 | $42,377.81 | $0.00 |